# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO ROMERO, | ) |
| | ) Case No.: 5:18-CV-01454-GJS |
| Plaintiff, | ) |
| | ) |
| vs. | ) [~~PROPOSED~~] **JUDGMENT OF** |
| | ) **REMAND** |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: April 4, 2019

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-